UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LUKE SPREADBOROUGH,

Petitioner,

v.

J. DZURENDA, et al.,

Respondents.

Case No. 2:18-cv-01974-RFB-CWH

ORDER

This *pro se* habeas matter comes before the Court for initial review under Rule 4 of the Rules Governing Section 2254 Cases.

Petitioner has not properly commenced this action by either paying the filing fee or submitting a complete pauper application. Accordingly, petitioner either must pay the $5.00 filing fee or file a properly completed pauper application within sixty (60) days of entry of this order.

In addition, Exhibit C attached to the petition contains a confidential personal identifier, specifically petitioner's birth date, which should be redacted from the document. (*See* ECF No. 1-1 at 40 (Ex. C)). Exhibit C is also a psychological evaluation of petitioner, which petitioner may or may not wish to have available for public view. The Clerk of Court has, in an abundance of caution, restricted access to the petition and its exhibits in order to protect the confidential information in Exhibit C. However, there is no compelling reason to seal the entire petition. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). Accordingly, petitioner must, within sixty days of the date of this order, file a first amended petition that redacts his birth date from Exhibit C. Should petitioner wish to keep the psychological evaluation under seal in its entirety, he should not file it with the other exhibits to the petition but should instead attach it to a separate motion to seal.[1]

---

[1] The Court does not implicitly conclude by way of this order that the petition is otherwise free of deficiencies.

IT IS THEREFORE ORDERED that petitioner shall have sixty (60) days within which to either pay the $5.00 filing fee or file a new and properly completed application to proceed *in forma pauperis* along with all required attachments.

IT IS FURTHER ORDERED that the Clerk of Court shall file the petition under seal (ECF No. 1-1), but petitioner must mail to the clerk for filing an amended petition in accordance with this order within sixty days of the date of this order. Petitioner shall clearly title the amended petition as an amended petition by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus" on page 1 in the caption, and he must place the docket number, 2:18-cv-01974-RFB-CWH, in the designated space above the word "AMENDED." Under Local Rule LR 15-1, the amended petition must be complete in itself without reference to previously filed papers. Thus, the claims and allegations that are stated in the amended petition will be the only matters remaining before the court. Any claims or allegations that are left out of the amended petition or that are not re-alleged will not be considered.

The Clerk of Court shall SEND petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same. The Clerk further shall send petitioner two copies of a noncapital § 2254 form along with one copy each of the instructions for the form and petitioner's original petition.

If petitioner fails to timely comply with this order by: (1) either paying the filing fee or submitting a properly completed new pauper application with all required attachments within sixty (60) days; and (2) failing to file a signed and verified amended petition, this action will be dismissed without further advanced notice.

IT IS SO ORDERED.

DATED this <u>14th</u> day of February, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE