UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUKE SPREADBOROUGH,<br><br>    Petitioner,<br>v.<br><br>J. DZURENDA, et al.,<br><br>    Respondents. | Case No. 2:18-cv-01974-RFB-CWH<br><br>ORDER |

Petitioner's motion to enlarge time (ECF No. 9) is GRANTED. Petitioner will have until August 12, 2019, to respond to the Court's order to show cause why the petition should not be dismissed as untimely. The Court recognizes, as petitioner points out, that the filing fee has been paid in this case.

IT IS SO ORDERED.

DATED this 28th day of June, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1