UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUKE SPREADBOROUGH, | Case No. 2:18-cv-01974-RFB-CWH |
| Petitioner, | ORDER |
| v. | |
| J. DZURENDA, et al., | |
| Respondents. | |

Petitioner's second motion for extension of time (ECF No. 12) is GRANTED. Petitioner will have until August 26, 2019 to respond to the Court's order to show cause why the petition should not be dismissed as untimely.

IT IS SO ORDERED.

DATED this <u>8th</u> day of July, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE